**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re | : | Chapter   13 |
| Christine McCloskey | : | |
| | : | |
| Debtor | : | Bankruptcy No. 20-13750 |

ORDER

AND NOW, it is  ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated September 17, 2020 , this case is hereby DISMISSED.

**Date: October 6, 2020**

_____
Honorable Ashely M. Chan
United States Bankruptcy Judge

Missing Documents:
        Atty Disclosure Statement
        Chapter 13 Plan
        Schedules AB-J
        Statement of Financial Affairs
        Summary of Assets and Liabilities
        Chapter 13 Statement of Your Current Monthly Income
        Means Test Calculation

bfmisdoc